IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IKEA WELLONS, ) | |
| ) | CIVIL ACTION NO. 23-2023 |
| Plaintiff, ) | |
| ) | JUDGE CATHY BISSOON |
| v. ) | |
| ) | *(Electronic Filing)* |
| LOUIS DeJOY, Postmaster General, ) | |
| United States Postal Service, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE 12(C)

Defendant Louis DeJoy, Postmaster General of The United States Postal Service, by his attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Douglas Baker, Assistant United States Attorney, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully moves the Court to issue an order dismissing (i) Plaintiff's Retaliation Claim (Count III); (ii) Plaintiff's failure-to-accommodate claim as alleged in Count II; and (iii) any portion of Plaintiff's claims that arises out of conduct that occurred prior to August 22, 2018.

As set forth more fully in Defendants' brief in support of this Motion, Plaintiff failed to administratively exhaust all but one of her claims. **First**, Plaintiff did not allege retaliation as a form of discrimination in her EEO complaint and thus failed to administratively exhaust that claim. **Second**, as part of Count II of her Complaint, Plaintiff alleges that Defendant failed to accommodate her. *See* Compl. at ¶¶ 104–05, 107. But her failure-to-accommodate claim depends on factual allegations that were not administratively exhausted. **Third**, Plaintiff failed to timely contact an EEO Counselor as required by regulations. At best, Plaintiff administratively exhausted only one

claim: whether she was wrongfully terminated on August 22, 2018. Any claims related to or arising out of conduct that predates August 22, 2018, have not been exhausted.

Defendant respectfully requests that this Court dismiss: (i) Plaintiff's Retaliation Claim (Count III); (ii) Plaintiff's failure-to-accommodate claim as alleged in Count II; and (iii) any portion of Plaintiff's claims that arises out of conduct that occurred prior to August 22, 2018.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

/s/ *Douglas Baker*
DOUGLAS BAKER
Assistant U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7422
PA ID No. 318634

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SMITH, ) | |
| ) | CIVIL ACTION NO. 21-706 |
| Plaintiff, ) | |
| ) | JUDGE HARDY |
| v. ) | |
| ) | *(Electronically Filed)* |
| LOUIS DEJOY, Postmaster General ) | |
| United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF COMPLIANCE
WITH THIS COURT'S ORDER ON RULE 12(B) MOTIONS**

Defendant Louis DeJoy, files this Certificate of Conferral regarding Defendant's Rule 12(c) Motion. Consistent with this Court's Order governing motions pursuant to Federal Rule of Civil Procedure 12(b), *see* ECF No. 3, counsel for Defendant conferred with Plaintiff's counsel regarding deficiencies in the Complaint prior to filing this Rule 12(c) Motion.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*/s/ Douglas Baker*
DOUGLAS BAKER
Assistant U.S. Attorney
Western District of PA
Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7422
(412) 644-6995
douglas.baker@usdoj.gov
PA ID No. 318634

*Counsel for Defendant*

3